# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-13-00379-CR

_____

### OMAR GERARDO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 75th District Court
Liberty County, Texas
Trial Cause No. CR 30247**

### MEMORANDUM OPINION

On June 14, 2013, the trial court accepted Omar Gerardo's guilty plea to burglary of a habitation, deferred adjudication of guilt, and signed a community supervision order. On July 15, 2013, Gerardo filed a motion for new trial, which the trial court denied in a written order signed on August 9, 2013. Gerardo filed a notice of appeal on August 12, 2013.

The trial court signed a certification in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P.

1

25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals.

On March 5, 2014, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. No response has been filed. Because the trial court's certification shows the defendant does not have the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Opinion Delivered April 9, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

2